UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING YUAN,<br><br>        PETITIONER,<br><br>v.<br><br>SHUOGANG CHEN,<br><br>        RESPONDENT. | Case No. 2:25-cv-01085-MWC-SSC<br><br>**JUDGMENT GRANTING PETITIONER'S PETITION TO CONFIRM FOREIGN ARBITRATION AWARD**<br><br>**JS-6** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Petitioner Jing Yuan ("Yuan") filed a Petition to Confirm Foreign Arbitration Award pursuant to Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "New York Convention") and Chapter 2 of the Federal Arbitration Act, 9 U.S.C. 201-208. (Dkt. Nos. 1 & 25; the "Petition") Respondent Shuogang Chen ("Chen") opposed the petition. (Dkt. No. 28.)

Having considered all moving, opposing, and replying papers, and/or other exhibits that have been submitted, the Court decides the petition without oral argument and **GRANTS** Petitioner's Petition to confirm foreign arbitration award (2022) CIETAC Jing Cai Zi No. 0348 (the "Award").

Based on the Petition and supporting documentation, the Court enters judgment in accordance with the Award dated February 10, 2022, as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that, within 15 days of entry of this judgment:

(1) Pursuant to the Award, Respondent Chen shall pay Petitioner Yuan the sum of RMB 13,844,000.00, which, converted to U.S. dollars as of February 10, 2022, amounts to $ 2,179,265.18.[1]

(2) Further, pursuant to the Award, Respondent Chen shall pay Petitioner Yuan interest on the principal amount of RMB 13,844,000.00 at an annualized rate of 10% until the date of actual payment. Accordingly, Respondent Chen shall pay interest in the amount of RMB 6,796,835.07, which, as of July 31, 2025, converts to U.S. dollars $948,349.09, plus RMB 3,792.60 per diem (U.S. dollar $529.01) from August 1, 2025, onward.[2]

---

[1] Based on the February 10, 2022 exchange rate of 6.3526 as published by the Federal Reserve and available at: https://www.federalreserve.gov/releases/h10/20220214/.

[2] Based on the July 25, 2025 exchange rate of 7.1679, the most recent available from the Federal Reserve, available at: https://www.federalreserve.gov/releases/h10/20250728/.

(3) Further, pursuant to the Award, the Respondent Chen shall pay Petitioner Yuan damages for the delayed payment of the share repurchase amount, calculated on the unpaid principal amount of RMB 13,844,000.00 at a daily rate of 0.05% from August 17, 2021, until the date of actual payment of the principal amount. Accordingly, Respondent Chen shall pay RMB 9,995,368.00, which, as of July 31, 2025, converts to U.S. dollars $1,395,045.31, plus RMB 6,922.00 per diem (U.S. dollar $965.73) from August 1, 2025, onward.[3]

(4) Further, pursuant to the Award, Respondent Chen shall pay Petitioner Yuan RMB 200,000.00, which, converted to U.S. dollars as of February 10, 2022, amounts to $31,483.17, as reasonable attorneys' fees incurred in the underlying arbitration.

(5) Further, pursuant to the Award, Respondent Chen shall pay Petitioner Yuan RMB 23,292.64, which, converted to U.S. dollars as of February 10, 2022, amounts to $3,666.63,[4] for preservation fee and preservation insurance fee incurred in the underlying arbitration.

(6) Finally, pursuant to the Award, Respondent Chen shall pay Petitioner Yuan RMB 347,926.00, which converted to U.S. Dollars as of February 10, 2022, amounts to $54,769.07,[5] for Chen's portion of the arbitration fee that was previously paid by Petitioner Yuan.

(7) Accordingly, the total of items (1) through (6) amounts to RMB 31,207,421.71, plus RMB 10,714.60 per diem from August 1, 2025, onward. Converted to U.S. dollars, Respondent Chen shall pay Petitioner Yuan USD $4,612,578.45 plus USD $1,494.74 per diem from August 1, 2025, onward.

(8) This Court shall maintain jurisdiction over this matter until such time as the Respondent that fully complied with the foreign arbitration award.

---

[3] See supra n. 2.
[4] See supra n. 1.
[5] See supra n. 1.

1  **IT IS SO ORDERED.**

3  Dated: August 1, 2025

                                         Honorable Michelle Williams Court
                                         United States District Court